In the Matter of IRVING B. WEINSTEIN, Respondent, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Appellant.

Submitted March 6, 1944; decided March 10, 1944.

*Benjamin C. Ribman* and *Myron M. Fineman* for motion.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* and *Henry S. Manley* of counsel), opposed.

Motion to dismiss appeal taken under section 588, subdivision 1, of the Civil Practice Act, granted and appeal dismissed.

Motion to dismiss appeal taken in accordance with the provisions of article VI, section 7, subdivision 3, of the Constitution of the State of New York, as amended and effective January 1, 1944, denied.